UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:25-cv-01564-JAM-CSK |
| | No. 2:25-cv-01636-JAM-CSK |
| | No. 2:25-cv-01637-JAM-CSK |
| | No. 2:25-cv-01638-JAM-CSK |
| | No. 2:25-cv-01642-JAM-CSK |
| | No. 2:25-cv-01643-JAM-CSK |
| | No. 2:25-cv-01644-JAM-CSK |
| | No. 2:25-cv-01647-JAM-CSK |
| | No. 2:25-cv-01650-JAM-CSK |
| | No. 2:25-cv-01651-JAM-CSK |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious

1

litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (See <u>Bonilla v. Fresno County</u>, Case No. 2: 18-cv-2544-TLN-KJN, ECF No. 13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the Court for review. (<u>Id.</u> at ECF No. 26.) If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed. (<u>Id.</u>)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, IT IS HEREBY ORDERED that 2:25-cv-01564, 2:25-cv-01636, 2:25-cv-01637, 2:25-cv-01638, 2:25-cv-01642, 2:25-cv-01643, 2:25-cv-01644, 2:25-cv-01647, 2:25-cv-01650 and 2:25-cv-01651 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE** these cases. **No further filings will be accepted**.

Dated: June 23, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE